UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN CUFFE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>    Defendant | Case No.: 3:15-CV-00089-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 4) |

    The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 4) entered on October 24, 2017, in which the Magistrate Judge recommends the Court grant, Plaintiff's Motion to Dismiss Application to Proceed in District Court Without Prepaying Fees or Costs and Complaint for Review of Final Decision of Commissioner of Social Security (ECF No. 3). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

    ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 4).

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Application to Proceed in District Court Without Prepaying Fees or Costs and Complaint for Review of Final Decision of Commissioner of Social Security (ECF No. 3) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS HEREBY ORDERED this 29th day of November, 2017.

_____
ROBERT C. JONES